AO 442

# United States District Court
for the
District of Utah

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
NOV 01 2021
D. MARK JONES, CLERK
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

Case No: 2:20-cr-00285-RJS

**Okeke, et al**

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **ABIEMSWENSE VALENTINE OBANOR** aka Napoleon Wilson aka Michael Serge,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

Money Laundering Conspiracy; International Money Laundering Transaction; Money Laundering Transaction Exceeding $10,000; Bank Fraud Conspiracy; Bank Fraud

in violation of    18:1956(h); 18:1956(a)(2)(B)(i); 18:1957; 18:1349; 18:1344                United States Code.

D. Mark Jones
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

By: Deborah Aston
Deputy Clerk

Clerk of Court
Title of Issuing Officer

August 27, 2020 at Salt Lake City, Utah
Date and Location

Bail fixed _____ by _____
                                         Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 8-27-20 | William Arnold DUSM | _[signature]_ W Da__ |
| DATE OF ARREST | | |
| 10-13-21 | | |